364

Maria Guadalupe CORONADO,
Plaintiff–Appellant,

v.

SBC COMMUNICATIONS, INC;
SBC Disability Income Plan,
Defendants–Appellees.

No. 05–51654.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 10, 2006.

Jeffrey E. Dahl, Harkins, Latimer & Dahl, San Antonio, TX, for Plaintiff–Appellant.

Shira R. Yoshor, Baker Botts, Houston, TX, Paul Andrew Drummond, Pamela St. John, SBC Communications Inc., San Antonio, TX, for Defendants–Appellees.

Before SMITH, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed the parties' briefs and pertinent parts of the record. Having done so, we conclude that the district court committed no reversible error of law or fact. Therefore, we AFFIRM for essentially the reasons stated by the district court.

**AFFIRMED.**

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.